PS 42
(Rev 07/93)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## United States District Court

### Eastern District of Arkansas

| United States of America | ) | |
|---|---|---|
| vs | ) | |
| Robert Bowers | ) | Case No. 4:13CR00193-01 BSM |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Robert Bowers, have discussed with, Pretrial Services/Probation Officer, modification of my release as follows:

May have one computer with internet access, which is subject to search or computer monitoring software; otherwise, no access to any device capable of connecting to the internet, unless access to the device has been pre-approved by U.S. Pretrial Services. All electronic devices are subject to search and monitoring.

I consent to this modification of my release conditions and agree to abide by this modification.

_Robert Bowers_ 6/12/14    _[signature]_ 6/12/14
Signature of Defendant   Date    Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    6-12-14
Signature of Defense Counsel   Date

[X]  The above modification of conditions of release is ordered, to be effective on 6-17-14

[ ]  The above modification of conditions of release is not ordered.

_[signature]_    6-17-14
Signature of Judicial Officer   Date