# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**v.**                      **CASE NO. 4:13-CR-00193 BSM**

**ROBERT BOWERS**                                                                               **DEFENDANT**

## ORDER

Robert Bowers's second motion for compassionate release [Doc. No. 97] is denied because his health concerns do not warrant release. *See, e.g.*, *United States v. Ram*, 2020 WL 3100837, at *2–3 (E.D. Ark. June 11, 2020).

Bowers pled guilty to possession of child pornography and was sentenced to 60 months imprisonment. Doc. No. 37. He moves for compassionate early release, pursuant to 18 U.S.C. section 3582(c)(1)(A), which requires consideration of the sentencing factors enumerated by 18 U.S.C. section 3553.

Bowers tested positive for COVID-19 in May, 2020, and has since been declared recovered. Mot. Compassionate Release at 1, Doc. No. 97. He argues that he should be released because his involuntary weight loss, diabetes and diabetic neuropathy, COPD, and chronic kidney failure put him at a safety risk if he contracts COVID-19. *Id.* at 3–4. He also states that he was being treated for many health conditions prior to his prison sentence. *Id.* at 5–6. Bowers argues that there were 97 COVID-19 cases and about 18 deaths resulting from COVID-19 at Butner Federal Medical Center. *Id.* at 2. He further attests that he will reside with his mother if he is released. *Id.* at 12.

The government argues that compassionate release is not warranted because Bowers health conditions and his concerns of potential exposure to the virus do not rise to the level of extraordinary and compelling. Resp. Mot. Release at 9, Doc. No. 98. Specifically, the government points out that Bowers's medical records indicate that he has not been cooperative with treatment, that he is not undergoing dialysis, that he reported suffering no symptoms from COVID-19, and that he reported he was able to eat and drink as normal as of June, 2020. *Id.* at 10–11. The government also argues that the facility where Bowers is incarcerated has one inmate and three staff members who are positive for COVID-19, as of December 1, 2020. *Id.*

IT IS SO ORDERED this 14th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE