# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                           **CASE NO. 4:13-CR-00193 BSM**

**ROBERT BOWERS**                                                                **DEFENDANT**

## ORDER

Robert Bowers's *pro se* motion for reconsideration [Doc. No. 110] is denied because he fails to present "extraordinary and compelling reasons" warranting compassionate early release. *See* Doc. No. 315. *See Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (motion for reconsideration not used for new legal theories or evidence that could have previously been presented).

IT IS SO ORDERED this 22nd day of February, 2021.

                                                        */s/ Brian S. Miller*
                                                   UNITED STATES DISTRICT JUDGE