# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

v.                   **CASE NO. 4:13-CR-00193 BSM**

**ROBERT BOWERS**                                                                          **DEFENDANT**

## ORDER

Robert Bowers's third *pro se* motion for compassionate release [Doc. No. 115] is denied for the reasons stated in the order denying his second motion for compassionate release [Doc. No. 101].

IT IS SO ORDERED this 18th day of May, 2021.

*/s/ Brian S. Miller*
_____
UNITED STATES DISTRICT JUDGE